IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| ROBERTO CABRERA | § | |
| V. | § | CIVIL ACTION NO. 9:05CV176 |
| UNITED STATES OF AMERICA | § | |

ORDER OF DISMISSAL

Came on for consideration the above-referenced civil action, this Court having heretofore ordered that this matter be referred to the United States Magistrate Judge for proper consideration. Having received the report of the United States Magistrate Judge pursuant to its order, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts same as the findings and conclusions of the Court.  It is therefore,

**ORDERED** that Movant's motion to vacate or correct his sentence is denied and the above-styled case  shall be and is hereby **DISMISSED** with prefudice from the docket of this Court.  All motions by either party not previously ruled on are hereby **DENIED**.

 So **ORDERED** and **SIGNED** this **18** day of **October, 2005.**

_____

Ron Clark, United States District Judge